

FILED
JAN 16 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20 MJ 00017 SAB |
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER SEALING COMPLAINT |
| ADRIAN ALVARADO-ARREDONDO; ALEXIS MELCHOR-GUZMAN; IVAN VASQUEZ; ADRIAN LOPEZ; DIEGO LUA-GARCIA, | |
| Defendants. | |

The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent interference with law enforcement's ability to apprehend the defendants,

IT IS ORDERED that the complaint and arrested warrant filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: January 15, 2020

_____
Honorable Stanley A. Boone
UNITIED STATES MAGISTRATE JUDGE

Order Sealing Complaint and Arrest Warrant                1