```
JAMES R. HOMOLA   #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
ALEXIS MELCHOR GUZMAN
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ALEXIS MELCHOR-GUZMAN, <br> Defendant. | Case No. 1:20-CR-00019-DAD-BAM <br><br> STIPULATION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE |

Defendant ALEXIS MELCHOR-GUZMAN by and through his attorney James R. Homola, and the United States of America, by and through its attorney, Kathleen Servatius, Assistant U.S. Attorney, hereby stipulate to the modification of conditions of release, as follows:

"The condition (p) location monitoring component of **Home Detention**: You must remain inside your residence at all times except for medical needs or treatment; religious services; and court appearances pre-approved by the pretrial services officer."

Shall be replaced with the location monitoring component of **Home Detention**:

"You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse of mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer.  Essential activities include haircuts, DMV appointments, banking needs, or other

activities that cannot be completed by another person on your behalf."

DATED: October 21, 2020

| /s/ James R. Homola | /s/ Kathleen Servatius |
|---|---|
| JAMES R. HOMOLA | KATHLEEN SERVATIUS |
| Attorney for Defendant | Assistant U.S. Attorney |
| ALEXIS MELCHOR-GUZMAN | |

**ORDER**

IT IS SO ORDERED.

Dated: **October 26, 2020**      /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE