JAMES R. HOMOLA   #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
ALEXIS MELCHOR-GUZMAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 20 CR 19 DAD-BAM |
| vs. | |
| | STIPULATION AND |
| ALEXIS MELCHOR-GUZMAN, | ORDER TO MODIFY CONDITIONS |
| | OF RELEASE |
| Defendant. | |

Defendant ALEXIS MELCHOR-GUZMAN by and through his attorney James R. Homola, and the United States of America, by and through its attorney, Katherine Schuh, Assistant U.S. Attorney, hereby stipulate to the following joint request:

> "You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer"

Shall be replaced with curfew:

"You must remain inside your residence every day from 9:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations. All other previously ordered conditions remain in full force and effect."

DATED: June 11, 2021

| /s/ James R. Homola | /S/ Katherine Schuh |
|---|---|
| JAMES R. HOMOLA | KATHERINE SCHUH |
| Attorney for Defendant | Assistant U.S. Attorney |
| ALEXIS MELCHOR-GUZMAN | |

**ORDER**

IT IS SO ORDERED.

Dated:   **June 11, 2021**

UNITED STATES MAGISTRATE JUDGE