```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
ALEXIS MELCHOR-GUZMAN
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALEXIS MELCHOR-GUZMAN, <br><br> Defendant. | Case No. 20 CR 19 DAD-BAM <br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

    Defendant ALEXIS MELCHOR-GUZMAN by and through his attorney James R. Homola, and the United States of America, by and through its attorney, Justin Gilio, Assistant U.S. Attorney, hereby stipulate to the joint request that the location-monitoring requirement be removed to permit Mr MELCHOR-GUZMAN to accept a position as a firefighter in Jamestown, Sonora County, Eastern District of California.

    The supervising Probation Officer, Anthony Perez, reports that he has reviewed Mr. MELCHOR-GUZMAN's multiple certificates of completion, as well as a job offer letter from his fire captain. Per the letter, this job will last all fire season long, anticipated to continue from May through October, and possibly November. Mr. MELCHOR-GUZMAN is scheduled to start in his new position on Monday, 5-23-22, at 8:30 am.

DATED: May 19, 2022

```
    /s/ James R. Homola            /S/ Justin Gilio
    JAMES R. HOMOLA                JUSTIC GILIO
    Attorney for Defendant         Assistant U.S. Attorney
    ALEXIS MELCHOR-GUZMAN
```

**ORDER**

IT IS SO ORDERED.

Dated:  **May 19, 2022**

UNITED STATES MAGISTRATE JUDGE