AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ALEXIS MELCHOR-GUZMAN<br>*Defendant* | ) ) ) ) ) ) | Case No.   1:20-CR-00019-ADA |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10-7-22

*Alexis Melchor Guzman*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

James Homola
*Printed name of defendant's attorney*

*[signature]*
*Judge's signature*

Hon. Ana de Alba, United States District Judge
*Judge's printed name and title*

A. M